[No. 46359-4-I. Division One. August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE BERNARD LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06869-2, William L. Downing, J., entered March 10, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46382-9-I. Division One. August 20, 2001.]

MICHAEL G. BRANNAN, *Appellant*, v. DEBORAH LOUISE SMITH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-25987-6, Ronald Kessler, J., entered February 15, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Kennedy and Ellington, JJ.

[No. 46524-4-I. Division One. August 20, 2001.]

CITIZENS FOR NATURAL HABITAT, *Appellant*, v. THE CITY OF LYNNWOOD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-02863-3, Charles S. French, J., entered December 6, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[No. 46659-3-I. Division One. August 20, 2001.]

THE CITY OF SEATTLE, *Appellant*, v. MICHAEL L. COLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01923-6, Sharon S. Armstrong, J., entered April 28, 2000. *Reversed* by unpublished opinion per Cox, J., concurred in by Kennedy and Appelwick, JJ.